AO91 (Rev. 11/11)  Criminal Complaint

# United States District Court
for the

Southern District of Texas

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| V. | ) | |
| **Nicholas Brightbart** | ) | Case Number: |
| **Dallas, Texas** | ) | |
| | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **December 28, 2021** in the county of **Webb** in the **Southern** District of Texas, the defendant(s) violated:

*Code Section*

Title 8 United States Code, Section 1324

*Offense Description*

**Knowing and in reckless disregard of the fact that a certain alien had come to, entered, and remained in the United States in violation of law, did transport and move, attempt to transport and move, and conspire to transport and move such alien within the United States, by means of transportation and otherwise, in furtherance of such violation of law.**

This criminal complaint is based on these facts:

See attachment "A".

[X]  Continued on the attached sheet.

/s/ Alonzo Salinas III
Complainant's Signature

**Alonzo Salinas, III, Special Agent**
Printed Name and Title

Sworn to before me and signed in my presence,

Date: **December 30, 2021**

Judge's Signature

City and State:  Laredo, Texas     **Christopher Dos Santos, U.S. Magistrate Judge**
Printed Name and Title

UNITED STATES OF AMERICA                                                                                Page 2
        V.
  Nicholas Brightbart

**[CONT OF BASIS OF COMPLAINT]**

1. On December 28, 2021, Homeland Security Investigation (HSI) Special Agents (SA) received a request for investigative assistance from the United States Border Patrol North Station (C29) regarding a human smuggling event involving one (1) principal and forty-six (46) undocumented individuals (UDIs).  Border Patrol Agents (BPAs) stated the following:

2. On December 28, 2021, at approximately 6:52 a.m., a white in color tractor hauling a white trailer approached the primary inspection lane.  An immigration inspection was conducted on the driver, later identified as Nicholas BRIGHTBART.   BRIGHTBART was asked if he was a United States Citizen, to which he replied "Yes". During the immigration inspection, a BPA Canine Handler conducted a non-intrusive free air sniff utilizing his service canine. The BPA service canine alerted to the possible presence of concealed humans or narcotics from inside the trailer. BRIGHTBART was asked if he knew what was inside the trailer to which he stated, "No".  BRIGHTBART was asked if the trailer had a seal, to which he stated "Yes".  BRIGHTBART was then referred to secondary inspection.

3. While at secondary inspection, BPAs removed the seals to the trailer doors and discovered a total of forty-six (46) individuals concealed inside the trailer.  An immigration inspection was conducted which revealed all subjects to be in the United States illegally with no legal documents to be or remain in the United States.  Nicholas BRIGHBART and all forty-six (46) undocumented individuals were escorted to the Laredo Border Patrol North Checkpoint (C29) for processing.

4. Homeland Security Investigations (HSI) Special Agents (SA) responded and initiated an investigation into the human smuggling event.

5. During the collection of biographical information, BRIGHTBART invoked his right to an attorney and HSI Special Agents stopped any further questioning.  The interview was then terminated.

6. HSI SAs identified two (2) material witnesses: Jhony CABALLERO-Chacon and Marcos Eduardo CRUZ-Galdamez. Both foreign nationals of Mexico admitted to illegally entering the United States by crossing the Rio Grande River to be smuggled to various cities within the United States for various amounts of money.  Both subjects will be held as material witnesses in this case.  Both material witnesses stated, when they arrived at the tractor-trailer location, they were instructed to load inside the trailer.  One (1) material witness stated he noticed the tractor-trailer was parked on the side of the road with the engine running when he arrived at the location.  The material witness stated there were already people inside the trailer when he entered the trailer.  The material witness stated after the trailer doors were closed, approximately twenty five (25) minutes later the tractor-trailer went mobile.  The material witness stated it took approximately thirty (30) minutes to arrive at the Laredo North Border Patrol Checkpoint.  The second material witness stated he was one (1) of the first groups to be loaded inside the trailer.  The material witness stated approximately ten (10) minutes after the trailer doors were closed, the tractor-trailer went mobile. Both material witnesses stated an unknown male subject closed the trailer doors and the tractor-trailer did not make any stops until it arrived at the Laredo Border Patrol North Checkpoint.  Both material witnesses stated they did not see the driver.